1
2
3
4      UNITED STATES DISTRICT COURT
5      NORTHERN DISTRICT OF CALIFORNIA
6
7  IN THE MATTER OF                       Case No.  15-mc-80025-JD
8  Robert Norik Kitay #229966
                                          **ORDER OF SUSPENSION**
9
10
11
12
13     Because Robert Norik Kitay has failed to respond to the Order to Show Cause, Mr. Kitay's
14  membership in the bar of this Court is hereby suspended.
15     **IT IS SO ORDERED**.
16  Dated:  March 10, 2015
17                                          _____
18                                          JAMES DONATO
                                            United States District Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN THE MATTER OF<br>Robert Norik Kitay #229966 | Case No.  15-mc-80025-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 3/10/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Norik Kitay
5150 Fair Oaks Blvd.
#101-326
Carmichael, CA 95608

Dated: 3/10/2015

Richard W. Wieking
Clerk, United States District Court

By: *Lisa R. Clark*
_____
Lisa R. Clark, Deputy Clerk to the
Honorable   James Donato